UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORDELL COLLINS (#438583)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 12-715-SDD-SCR

## RULING
## AND
## ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (Rec. Doc. 23) of United States Magistrate Judge Stephen C. Riedlinger dated February 11, 2014. Petitioner has filed an objection which the Court has considered.

The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Cordell Collins is denied and this matter is dismissed. Further a certificate of appealability will be denied for the reasons set forth herein.

Baton Rouge, Louisiana, March  17 , 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA